# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJJAD NASIR,<br>PLAINTIFF(S)<br>v.<br>Equinix-DC, Inc. (2210584), et al.,<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cv-09084- RGK - SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 8/13/26 | N/A | Complaint |

Deficiencies:

- Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- Document lacks required signature
- Document linked incorrectly to the wrong document/docket entry
- Document submitted in the wrong case
- Incorrect document is attached to the docket entry
- Incorrect event selected. Correct event to be used is ______
- Proposed document was not submitted or was not submitted as a separate attachment
- Other:

Motion-Related Deficiencies:

- Local Rule 7-3 compliance statement missing
- Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
- Hearing information is missing, incorrect, or untimely
- Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: ______

Other Deficiencies:

- Local Rule 83-2.5 no letters to the Judge
- Fed. R. Civ. P. 5 no proof of service attached
- ✓ Local Rule 7.1-1 no notice of interested parties
- Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Date: 8/14/26

By: B. Mendoza
Deputy Clerk