AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Sajjad Nasir

*Plaintiff(s)*

v.

Equinix Inc
National Austrlia Bank Ltd
China Unicom

*Defendant(s)*

Civil Action No. 2:26-cv-09084- RGK- SK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* China Unicom

c/o United Agent Group Inc. [C2250455]
7801 Folsom Boulevard, #202
Sacramento, CA 95826
Sacramento County
1-866-761-1444 ENTITY NUMBER: C2250455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

sajjad nasir
U 29 30-44 railway Tec
Grenaville 2142 NSw
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-09084- RGK- SK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* China Unicom
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

The Serach Results of https://bizfileonline.sos.ca.gov/search/business
CHINA UNICOM USA, LLC (200214910092)Request CertificatInitial Filing Date 10/20/1998Status ActiveStanding - SOS GoodStanding - FTB GoodStanding - Agent GoodStanding - VCFCF GoodFormed In DELAWAREEntity Type Stock Corporation - Out of State - StockPrincipal Address ONE LAGOON DRIVEREDWOOD CITY, CA 94065Mailing Address ONE LAGOON DRIVEREDWOOD CITY,CA94065Statement of Info Due Date 10/31/2026
Agent 1505 CorporationUNITED AGENT GROUP INC.CA Registered Corporate (1505) Agent Authorized Employee(s) JENNIFER LEE 7801 FOLSON BLVD STE 202, SACRAMENTO, CA