FILED
CLERK, U.S. DISTRICT COURT
8/21/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jb DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTERAL DISTRICT OF
CALIFORNIA

SAJJAD NASIR

Plaintiff(s),

1. Equinix-DC, Inc. (2210584)
2. NATIONAL AUSTRALIA BANK
3. CHINA UNICOM

Defendant(s).

CASE NO. 2:26-cv-09084- RGK - SK

**MOTION TO REFUND FILING FEE**

## I. *PERVERSION OF CASE FILLING*

Plaintiff requested the UNITED STATES DISTRICT COURT CENTERAL DISTRICT OF CALIFORNIA on 08/15/2026 for refund of complaint filling fee $405 which has not been processed to-date. The plaintiff is not going to play any further games of US federal courts colluding with the defendant Equinix (NASDAQ: EQUIX) and external foreign influence to evade alleged offenses of securities fraud, human trafficking and forced labor.

Signature of Plaintiff:

Printed Name of Plaintiff: Sajjad Nasir

Date: 08/22/2026