**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SAJJAD NASIR

PLAINTIFF(S)

v.

EQUINIX−DC, INC. 2210584 , et al.

DEFENDANT(S).

CASE NUMBER:

2:26−cv−09084−RGK−SK

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| | | | | |
|---|---|---|---|---|
| 8/18/2026 | / | 14 | / | Index of Exhibits B |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| 8/21/2026 | / | 13 | / | Index of Exhibits |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Unclear as to what document exhibits are in support of. No relation indicated to Complaint or does not request any relief.

Dated: August 24, 2026

By: */s/ R. Gary Klausner*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**