AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Sajjad Nasir

*Plaintiff(s)*

v.

Equinix-DC, Inc. 2210584
National Australia Bank
China Unicom

*Defendant(s)*

Civil Action No. 2:26-cv-09084-RGK-SK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Equinix-DC, Inc. (2210584)

Keith Taylor,
AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
c/o Equinix, Inc., 901 Marshall Street, Redwood City, CA 94063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sajjad Nasir
U 29 30-44 Railway Terrace
Granville 2142 NSW
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/27/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-09084-RGK-SK

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Equinix-DC, Inc. (2210584)
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

The US Federal Court of Centeral California uoon filing the complaint against Equinix Inxc defaruded the complaint and issed various fabricated oirders in order to protect and aid the securties fraud , human trafficking and forced labor while plaintif sought a refund of the filing fee.