Name Sajjad nasir
Address U 29 30/44 railway terrace Granville
City, State, Zip 2142
Phone +61404261955
Fax
E-Mail sajjadqut01@outlook.com
☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
8/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jb DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sajjad Nasir<br>PLAINTIFF(S),<br>v.<br>Equinix-DC, Inc. (2210584)<br>NATIONAL AUSTRALIA BANK CHINA UNICOM<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cv-09084-RGK-SK<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintif hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
NOTICE TO FILER OF EFICIENCIES in Filed Document Dockt [3] Dated 8/14/26

☐ Judgment (specify):

☒ Other (specify):
Plaintiff seeks refund—Establishment purported to be court defrauded filing fee, fabricated orders, and promotes crimes incldluing huamn trafficking and forced labor

Imposed or Filed on 8/14/2026. Entered on the docket in this action on 8/14/2026.

A copy of said judgment or order is attached hereto.

08/25/2026
Date

Signature
☒ Appellant/ProSe ☐ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# Statement Regarding Entity Purporting to Act as a Federal District Court

United States Court of Appeals for the Ninth Circuit

## Background

The Plaintiff states that the Defendants fall within the jurisdiction of an entity that purports to operate as a Federal District Court. Based on the filing and handling of the complaint, the Plaintiff alleges that this entity is not acting as a legitimate court and is instead presenting itself fraudulently as a United States court.

## Allegations

The Plaintiff alleges that the entity has aided or supported unlawful activity, including securities fraud, forced labour, and human trafficking. These allegations are made on the basis that the entity has allegedly used the appearance of federal court authority to defraud the Plaintiff and others.

## Relationship to Pending Appeal

The Plaintiff further states that there is already an appeal pending before the United States Court of Appeals for the Ninth Circuit. The Plaintiff believes the alleged conduct described above is relevant to that appeal because it concerns an entity claiming federal judicial authority while allegedly acting fraudulently.

## Government Responsibility

The Plaintiff asserts that responsibility lies with the United States Government to prevent any fraudulent entity from presenting itself as a Federal District Court and from using that representation to collect fees or otherwise harm litigants.

**Purported Judge: A**ssigned to: Judge R. Gary Klausner

**Purported Magistrate:** Magistrate Judge Steve Kim

Both Individuals are supported by number of other individuals purporting to be support staff for the entablement.

## Appendix

Fabricated Receipt provided by the establishment purporting to be US federal district court for Central California the following individuals are involved purporting to be holding various judicial positions: