**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sajjad Nasir<br>PLAINTIFF(S)<br>v.<br>Equinix-DC, Inc. 2210584, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-cv-09084-RGK-SK<br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| 9/18/26 | | REQUEST 1-2 |
|---|---|---|
| Date Filed | Document No. | Title of Document |

Deficiencies:

X Local Rule 11-3.8 title page is missing, incomplete, or incorrect
Document lacks required signature
Document linked incorrectly to the wrong document/docket entry
Document submitted in the wrong case
Incorrect document is attached to the docket entry
Incorrect event selected. Correct event to be used is ______
Proposed document was not submitted or was not submitted as a separate attachment
Other:

Motion-Related Deficiencies:

Local Rule 7-3 compliance statement missing
Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
Hearing information is missing, incorrect, or untimely
Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: ______

Other Deficiencies:

Local Rule 83-2.5 no letters to the Judge
Fed. R. Civ. P. 5 no proof of service attached
Local Rule 7.1-1 no notice of interested parties
Other:

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Date: 9/24/26

By: J. Jiang (213) 894 - 3535
Deputy Clerk