FILED
CLERK, U.S. DISTRICT COURT
9/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SAJJAD NASIR

Plaintiff(s),

v.

1. Equinix-DC, Inc. (2210584)
2. NATIONAL AUSTRALIA BANK
3. CHINA UNICOM

Defendant(s).

CASE NO. 2:26-cv-09084-RGK - SK

**NOTICE OF APPEAL**

Jury Trial ☒: Yes ☐ No

**NOTICE OF APPERAL**

Plaintiff submits this Notice of Appeal concerning the Clerk of Court for the United States District Court for the Central District of California, specifically regarding the Clerk's decision not to issue summons pursuant to the Federal Rules of Civil Procedure. Plaintiff seeks appellate review of the Clerk's determination and requests clarification of the procedural basis for the denial.

Plaintiff previously submitted Form A40 through the Court's electronic filing system in connection with the Ninth Circuit's Notice of Dismissal and in support of Plaintiff's request for issuance of summons.

Plaintiff sought an explanation from the Clerk's Office regarding the non-issuance of summons. Plaintiff respectfully asserts that the reasons provided were unclear and did not identify any procedural defect in Plaintiff's filings. Plaintiff therefore seeks appellate review to determine whether the denial was consistent with the Federal Rules of Civil Procedure and applicable service-of-process requirements.

The Index of Exhibits includes documentation related to Plaintiff's submission of Form A40 under the Hague Service Convention, including correspondence with the Clerk's Office and materials relevant to Plaintiff's request for issuance of summons.

T Plaintiff asserts that the Clerk's decision appears procedurally irregular and may have been influenced by factors unrelated to the Federal Rules of Civil Procedure. Plaintiff respectfully submits that the non-issuance of summons has the effect of preventing the named Defendants—Equinix Inc., National Australia Bank, and China Unicom—from being required to respond to allegations involving securities-related misconduct, human trafficking, forced labor, and interference with workers' compensation processes. Plaintiff seeks appellate review to determine whether the Clerk's actions were consistent with applicable federal procedures and whether any external influences may have affected the decision.

**CERTIFICATION AND CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ￼ 08/24/2026

Signature of Plaintiff

Printed Name of Plaintiff Sajjad Nasir